UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THOMAS DIMATTINA,**

    **Plaintiff,**

v.                                                                 Case No: 6:17-cv-321-Orl-41DCI

**WESTGATE RESORTS, LTD.,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation ("R&R," Doc. 4), issued by United States Magistrate Judge Daniel C. Irick, recommending that this case be transferred to the Tampa division of the Middle District of Florida. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **TRANSFERRED** to the Tampa division of the Middle District of Florida.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record